AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 24-mj-50 |
| | ) | |
| Blake Joseph Steiner | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 5, 2024_____ in the parish of ___East Baton Rouge___ in the
___Middle___ District of _____Louisiana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Jordyn McDempsey
Digitally signed by Jordyn McDempsey
Date: 2024.05.16 17:43:44 -05'00'

*Complainant's signature*

TFO Jordyn McDempsey, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by
___telephone___ (*specify reliable electronic means*).

Date: ___05/16/2024___

*Judge's signature*

City and state: ___Baton Rouge, LA___          Scott D. Johnson, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1.      I, Jordyn McDempsey, a Task Force Officer with Homeland Security Investigations (hereinafter "HSI"), commissioned by Louisiana State Police (hereinafter "LSP") Special Victims Unit, presently assigned to the HSI Taskforce located in Baton Rouge, Louisiana. I have been employed with LSP since January of 2022, and working under HSI since May of 2023. Prior to my time at LSP, I was employed by the Louisiana Department of Justice as a Criminal Investigator. My primary responsibility as an HSI Task Force Officer is to investigate violations of both state and federal statutes, to include violations of Title 18, United States Code, § 1591 (Sex Trafficking of Children or by Force, Fraud, or Coercion); Title 18, United States Code, § 2251 (Sexual Exploitation of Children); Title 18, United States Code, § 2252 (Certain Activities Relating to Material Involving the Sexual Exploitation of Minors); Title 18, United States Code, § 2422 (Coercion and Enticement of a Minor to Travel Interstate for Illegal Sexual Activity); and Title 18, United States Code, § 2423 (Transportation of Minors for Illegal Sexual Activity). I have received extensive training in the areas of human trafficking, including internet-based offenses and the investigation of such crimes via social networking sites and other internet facilities, as well as child exploitation and child sexual abuse material. I have also participated in the execution of numerous search warrants and arrest warrants involving sex trafficking, sex trafficking of minors, and the sexual exploitation of children.

2.      I am currently assigned to the HSI Baton Rouge, Louisiana Field Office. During my work as an Investigator/Task Force Officer, I received training and instruction in the field of investigation of child pornography and have participated in investigations relating to the sexual exploitation of children, as well as the coercion and enticement of children to engage in sexual activity. As part of my training and experience, I have reviewed images containing child

pornography and the sexual exploitation of children in a variety of formats (such as digital still images, video images, and media such as storage devices, the internet, and printed images). I have personally conducted and participated in multiple child exploitation and child pornography investigations, search warrants, and suspect and witness interviews.

3.      The following information is based upon my personal knowledge, as well as information and reports from agents and officers assisting your affiant in this investigation.  It does not contain every fact known to me; rather, I have only included facts necessary for establishing probable cause.

4.      In March of 2024, HSI St. Paul, MN initiated an investigation into subjects involved in child exploitation. HSI St. Paul, MN had Undercover Agents on various platforms to identify subjects involved with the receipt, distribution, sale, and production of child exploitation material, or CSAM. HSI St. Paul, MN then attempted to identify subjects willing to travel to the undercover agents to engage in illegal sexual conduct with children. When a subject is identified, a lead is sent to the HSI office in that location. During the operation, HSI St. Paul, MN identified an associated IP address in the Baton Rouge area of responsibility (AOR).

5.      The HSI Undercover Agent (hereinafter "UCA") is a member of a private group, KIK, where members talk about taboo subjects. In order to get in the group, a subject needs to send a video of their face stating the current date. Blake Joseph Steiner's (hereinafter "**STEINER**") username on the platform is "BigDadddyB.1". The profile picture seems to be an AI generated photograph of him, and the profile shows that he's been on KIK for 211 days. On March 4, 2024, Steiner started a private conversation with the UCA. He stated that he was "ready to verify." The UCA then sent a message stating "Live face video saying today's date." Steiner sent the UCA a video of himself stating "Today is March 4th." The chats are demonstrated below.



6.      Steiner continued the conversation by asking if his verification was done. He then follows up by asking the UCA "what are you into?" The UCA responded "Yes, done but ima talk with the other admin…not sure if you're a right fit for this group." Steiner and the UCA then began to discuss preferences. Steiner states that he's "into teens. Mostly 15 and up but will go younger. Like a bit of development happening. I've fooled around with girlfriend's daughter a few times. I like incest but haven't been active since my cousin when were growing up. I love rough sex, bdsm,

and impact play. Breeding kink. Dabble in bestiality occasionally. Most teen girls being licked by

pups." The UCA tells Steiner that he may not be a good fit for the group because of the "15 and

up thing." Steiner asks the UCA "are you worried I'll report younger?" He also references another

admin group that he's apart of where he shares "younger" content. The chats are demonstrated

below.



7.      On March 5, 2024, Steiner sent a video of child pornography. Before he sent the

video, he asked the UCA if the content would be appropriate in the group. The video is

approximately 40 seconds long and depicts a pre-pubescent child mounted on an adult male with

the adult male penetrating the child's vagina with his penis. I've determined that the child depicted in the video is under the age of thirteen.

8.      In March of 2024, HSI St. Paul served subpoenas to KIK in an effort to obtain an Internet Protocol (hereinafter "IP") address utilized by "BigDaddyB.1" and was provided with an IP address of **104.178.243.3 (AT&T).** An additional subpoena was served to AT&T for subscriber information of the IP address. HSI St. Paul was provided with an address of 6018 Hickory Ridge Blvd, Baton Rouge, LA 70817.

9.      In April of 2024, I was assigned the collateral lead from HSI St. Paul, MN and began investigating individuals known to reside at 6018 Hickory Ridge Blvd, Baton Rouge, LA 70817.  Of those documented to live at the aforementioned address, I observed a current resident to be **STEINER**.

10.      On May 1, 2024, I was provided with evidence by the HSI Baton Rouge Computer Forensic Analyst stored on a digital media storage device. The digital media storage device contained all chats from the HSI St. Paul, MN UCA, with "BigDaddyB.1." As previously stated, to get in the private chat group, a subject needed to send a video of their face stating the current date. I confirmed the male subject that sent a video of himself stating the date, "BigDaddyB.1," is Blake Joseph **STEINER**, by comparing the video to **STEINER's** Louisiana state driver's license and open-source social media search. Specifically, I reviewed and confirmed the name, photograph, and address on his driver's license to confirm that "BigDaddyB.1" is **STEINER**.

11.      Based on my investigation and review of the information that I obtained, along with that provided by other investigators who have participated in the investigation of **STEINER**, I respectfully submit that there is probable cause to issue an arrest warrant charging **STEINER** with

distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), and respectfully request that an arrest warrant be issued.

Jordyn McDempsey

Digitally signed by Jordyn McDempsey
Date: 2024.05.16 17:44:13 -05'00'

_____

Jordyn McDempsey
Task Force Officer
Homeland Security Investigations

Affidavit submitted by e-mail/pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the ___16th___ day of May 2024.

_____

HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA