United States District Court
District Court
Exhibits Log: 24cr00047-BAJ-EWD Detention Hearing
USA v. Steiner Detention Hearing, 5/28/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Kik Text with Video Screenshot | No |
| Gov-2 | Kik Text | No |
| Gov-3 | Kik Text with Redacted Picture | No |
| Gov-4 | 23-40010 Redacted Report | No |