UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| BLAKE JOSEPH STEINER | NO. 24-00047-BAJ-EWD |

### ORDER

Considering the **Notice Of Defendant's Intent To Plead Guilty (Doc. 30)**,

**IT IS ORDERED** that Defendant's re-arraignment hearing be and is hereby **SET** for November 21, 2024, at 09:00 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that all other trial settings and related deadlines be and are hereby **CONTINUED WITHOUT DATE**.

Baton Rouge, Louisiana, this 4th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA