MD- 6A

# United States District Court
# for the
# Middle District of Louisiana

### Notice of Presentence Report Disclosure

**United States of America**                                              Docket No. 24-47-BAJ-EWD

vs.

**Blake Joseph Steiner, a.k.a. "BigDaddyB.1"**

Take notice that the presentence report (sealed) will be accessible to the parties from the court record beginning January 13, 2025, at 10:00 a.m. Objections to the presentence report must be communicated in writing electronically to the probation officer at Danielle_stevens@lamd.uscourts.gov no later than 4:00 p.m. on January 27, 2025.

Forms MD-2 & 2a (Objections to the Presentence Report), required for this purpose, are available for download at http://www.lamd.uscourts.gov/.  Pursuant to Local Criminal Rule 32, the presentence report shall be deemed to have been disclosed one day after a copy of the report is filed electronically.  Counsel will be provided the right to access the presentence report by the U.S. Probation Officer at the time of the electronic disclosure and counsel shall retrieve their copy of the report through their CM/ECF account.

A revised presentence report, if necessary and/or the addendum to the presentence report will be filed in the court record, seven days prior to sentencing. Any supplemental addendum to the presentence report will be filed immediately upon its completion.

(Pursuant to General Order No. 2015-02, sentencing memoranda are no longer submitted to the U.S. Probation Office for filing, but should be filed by counsel, under SEAL, with counsel providing copies to the U.S. Probation Office and opposing counsel, at least fourteen days prior to the sentencing date.)

Note: Attorneys are responsible for providing their client with a copy of the presentence report prior to the final date for submitting objections to the presentence report.  Objections may NOT be submitted by the Court's CM/ECF system.

                          Respectfully,

                          Clarence P. Rambo
                          Chief U.S. Probation Officer

                          _____
                          Danielle A. Stevens
                          U.S. Probation Officer Specialist
                          January 13, 2025