**UNITED STATES DISTRICT COURT**

**MIDLLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 24-0047-BAJ-EWD** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **BLAKE STEINER** | **MAG. ERIN WILDER-DOOMES** |

**MOTION FOR LEAVE OF COURT TO FILE**
**ATTACHMENT TO SENTENCING MEMORANDUM CONVENTIONALLY**

**NOW INTO COURT** comes the defendant, Blake Steiner, through undersigned counsel, who moves this Honorable Court to grant him leave to conventionally file an attachment to the Defendant's Sentencing Memorandum for the reasons outlined below.

1.

On May 27, 2025, Mr. Steiner filed a sentencing memorandum wherein he referenced a video. Rec. Doc. 49 (Under Seal). Attachment 2 is a video he wishes the Court to consider in conjunction with his sentencing memorandum and the requests contained therein.

2.

Because the video cannot be submitted electronically through the Court's CM/ECF system as the system does not permit the filing of files in video format; Mr. Steiner seeks to submit Attachment 2 to his sentencing memorandum conventionally through the submission of USB drive to the Clerk of Court.

WHEREFORE, the defendant, Blake Steiner, respectfully prays that he be granted leave of Court to submit Attachment 2 to Defendant's Sentencing Memorandum (Rec. Doc. 49)(Under Seal) conventionally via USB drive to the Clerk Court.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   /s/ Marci Blaize
      **MARCI BLAIZE, La. Bar No. 25345**
      Assistant Federal Public Defender
      707 Florida Street, Suite 303
      Baton Rouge, Louisiana 70801
      (225) 382-2118 (Phone)
      (225) 382-2119 (Fax)
      Marci_Blaize@fd.org