**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **BLAKE JOSEPH STEINER** | **NO. 24-00047-BAJ-EWD** |

## ORDER

Considering Defendant's **Motion For Leave Of Court To File Attachment To Sentencing Memorandum Conventionally (Doc. 50),**

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant shall conventionally file the video referenced with the Clerk of Court.

Baton Rouge, Louisiana, this 28th day of May, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**